UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

GEORGE POWELL,

    Petitioner,

v.

WARDEN BARNHART,

    Respondent.

No. 6: 19-CV-186-REW

JUDGMENT

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, the Court:

1. **DENIES** Petitioner George Powell's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (DE 1), with respect to all issues raised in this proceeding;

2. **ENTERS JUDGMENT** in favor of Respondent; and

3. **STRIKES** this matter from the Court's active docket.

This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 6th day of April, 2020.

Signed By:
*Robert E. Wier* /s/ REW
United States District Judge

1